IN THE SUPERIOR COURT OF GUAM

PEOPLE OF GUAM,

v.

KYANNA LYNN WULF,
DOB: 12/08/1998

Defendant.

Criminal Case No. CM0241-24
GPD Report No. 24-18122

DECISION AND ORDER
FINDING DEFENDANT COMPETENT
TO STAND TRIAL AND REJECTING
PLEA OF NOT GUILTY BY REASON
OF MENTAL ILLNESS, DISEASE,
OR DEFECT

## INTRODUCTION

This matter came before the Honorable Alberto C. Lamorena, III on February 28, 2025 for a Competency Hearing. Assistant Attorney General William Stamps represents the People of Guam, and Assistant Public Defender Chad Enoki represents Kyanna Lynn Wulf ("Defendant"). Having duly considered the Defendant's Forensic Evaluation, the testimony of both Dr. Justin Lee and LPC Evelyn Suda, the parties' oral arguments, and the applicable law, the Court now issues the following Decision and Order and **finds Defendant competent to stand trial and rejects Defendant's plea of Not Guilty by Reason of Mental Illness, Disease, or Defect.**

## BACKGROUND

Defendant is charged with Criminal Mischief (as a Misdemeanor), Destruction of Property (as a Misdemeanor), and Criminal Trespass (as a Misdemeanor). See Magistrate's Complaint (Aug. 7, 2024). The charges stem from an alleged August 2024 incident, in which Defendant maliciously drove a pick-up truck through the private property of someone unknown to her, damaging their gate, yard, and trees. Id.

On November 12, 2024, Defendant filed her Motion to Enter NGRI Plea. See Motion to Enter NGRI Plea (Nov. 12, 2024). Pursuant to 9 G.C.A. §7.25, the Client Services and Family Counseling Division of the Superior Court of Guam ("CSFC") arranged for Defendant to undergo a forensic evaluation with a qualified psychologist. See Order After Hearing for CSFC Forensic Evaluation (Dec. 10, 2024). Defendant underwent her forensic evaluation with Dr. Justin Lee, an expert

Decision and Order Finding Defendant Competent to Stand Trial and Rejecting Plea of Not Guilty By Reason of Mental Illness, Disease, or Defect
CM0241-24, *People of Guam v. Kyanna Lynn Wulf*
Page 1 of 3

neuropsychologist at Momentum Psychological Services in January 2025. See Forensic Evaluation at 2 (Jan. 10, 2025).

The Court held a hearing on February 28, 2025 to determine Defendant's competency to stand trial and to review her plea. After hearing the testimonies of both Dr. Lee and LPC Evelyn Suda, as well as the parties' oral arguments, the Court took the matter under advisement. See Minute Entry (Feb. 28, 2025).

## DISCUSSION

"A defendant is incompetent to be proceeded against in a criminal action if, as a result of mental illness… he is unable (1) to understand the nature of the proceedings, (2) to assist and cooperate with counsel, (3) to follow the evidence, or (4) to participate in his defense." See 9 G.C.A. § 7.37(a)(1)-(4).

It is clear that Defendant does not fall into any of the above four categories. The evidence put forward suggests that Defendant has the mental acuity to understand the nature of the proceedings against her and to follow the evidence. For example, Defendant understood that these criminal charges stem from an alleged incident on August 6, 2024, and was even able to recall details about the incident. See Court Recording at 10:55:15am (Feb. 28, 2025). Defendant also understood the purpose of the court-ordered forensic evaluation and knew the name of the judge presiding over this case. See Forensic Evaluation at 3 (Jan. 10, 2025). Defendant clearly understands the nature of these criminal proceedings and has the mental ability to follow along with evidence presented against her.

It's also clear that Defendant has the ability to assist and cooperate with counsel, as well as participate in her defense. Throughout her forensic evaluation, Defendant was able to complete every task Dr. Lee asked of her. See Court Recording at 10:52:00am (Feb. 28, 2025). This includes answering questions about her family, medical, employment, and academic histories. See Forensic Evaluation at 3-4 (Jan. 10, 2025). Defendant displayed logical thought processes and adequate focus when completing these tasks. Id. at 5. Defendant has proven herself capable of engaging in long

Decision and Order Finding Defendant Competent to Stand Trial and Rejecting Plea of Not Guilty By Reason of Mental Illness, Disease, or Defect
CM0241-24, *People of Guam v. Kyanna Lynn Wulf*
Page 2 of 3

stretches of lucid and reasonable conversation, suggesting she can assist and cooperate with counsel in this case while also conducting herself appropriately in court.

It is noteworthy that Defendant successfully completed a Wechsler Adult Intelligence Scale ("WAIS") Intelligence Quotient ("IQ") Test during her forensic evaluation, which is a brief test used to gage the Defendant's current cognitive abilities. Id. at 6. However, Defendant scored in the below average range on the WAIS IQ Test, suggesting some behavioral dysfunction. See Court Recording at 10:48:45am (Feb. 28, 2025). Dr. Lee attributes these low scores to Defendant's history of substance abuse rather than a lack of cognitive ability. See Forensic Evaluation at 8 (Jan. 10, 2025). This behavioral dysfunction stands to improve as Defendant is currently incarcerated and unable to obtain the drugs she once abused. Even then, these behavioral dysfunctions did not prevent Defendant from following along and completing all tasks Dr. Lee asked of her. See Court Recording at 10:52:00am (Feb. 28, 2025).

Taking all data in total, Defendant is currently competent to be proceeded against and to be sentenced. As Dr. Lee laid out, Defendant can engage in thoughtful conversation with her attorney, process any legal advice they may provide, and follow along in the court proceedings. These abilities, combined with Defendant's sobriety at the Department of Corrections suggest that Defendant has no major cognitive weaknesses or mental illness preventing her from assisting in her defense.

## CONCLUSION

For the reasons stated above, the Court **finds Defendant competent to stand trial and rejects Defendant's plea of Not Guilty By Reason of Mental Illness, Disease, or Defect.** An adjudication of Not Guilty will not be entered, and criminal proceedings will continue as originally scheduled.

**IT IS SO ORDERED** this ___May 15, 2025___

_____
**HONORABLE ALBERTO C. LAMORENA, III**
**Presiding Judge, Superior Court of Guam**

Decision and Order Finding Defendant Competent to Stand Trial and Rejecting Plea of Not Guilty By Reason of Mental Illness, Disease, or Defect
CM0241-24, *People of Guam v. Kyanna Lynn Wulf*
Page 3 of 3